UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DAEVON LYONS,

                            Plaintiff,

                                                                         <u>DECISION AND ORDER</u>

                                                                           04-CV-6157L

                        v.

MICHAEL MCGINNIS, et al.,

                            Defendants.
_____

       This Court referred all pretrial motions in this civil case to United States Magistrate Judge Marian W. Payson, pursuant to 28 U.S.C. § 636. Plaintiff, appearing *pro se,* filed his complaint on April 6, 2004. He now moves to amend his original complaint to add defendants, set forth additional factual allegations and increase the *ad damnum* clause.

       Magistrate Judge Payson issued a thorough Report and Recommendation ("Report") recommending that plaintiff's motion for leave to amend be granted in part and denied in part. Plaintiff filed objections to that Report (Dkt. #118).

       I have reviewed Magistrate Judge Payson's thorough Report and Recommendation and her discussion of the merits of plaintiff's request to amend. I have also reviewed plaintiff's objections. I accept and adopt the Report of Magistrate Judge Payson. I agree with Magistrate Judge Payson that plaintiff's motion to add additional defendants should be denied for the reasons set forth by Magistrate Judge Payson in her Report. I also agree with that part of Magistrate Judge Payson's Report granting plaintiff's relief in part.

In sum, plaintiff's motion for leave to amend (Dkt. #67) is granted in part and denied in part as set forth with specificity in the "Conclusion" paragraphs of Magistrate Judge Payson's Report (Dkt. #112).

For the reasons stated in Magistrate Judge Payson's Report at footnote 1, plaintiff's subsequent motion to amend (Dkt. #93) is denied.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       May 19, 2006.