UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DAEVON LYONS,

            Plaintiff,

     v.

MICHAEL MCGINNIS, et. al.,

            Defendants.

<u>ORDER</u>

04-CV-6157L

---

On April 6, 2004, plaintiff filed a *pro se* complaint pursuant to 42 U.S.C. § 1983, alleging, *inter alia*, that defendants violated his constitutional rights under the Fifth, Eighth and Fourteenth Amendments.  (Docket # 1).  According to plaintiff, the Superintendent of Southport Correctional Facility, Michael McGinnis, and other named defendants conspired to compel him to confess to a crime he did not commit by subjecting him to cruel and unusual conditions of confinement, including beatings, harassment and deprivation of food and sleep.  (Docket # 1).

By Order dated June 30, 2006, plaintiff was granted leave to amend the caption of his complaint in order to identify two previously unidentified defendants.  (Docket # 130).  On October 6, 2006, plaintiff filed a motion before this Court requesting leave to serve discovery requests upon the newly identified defendants.  (Docket # 151).  On that same date, plaintiff also served several discovery requests upon the original defendants, specifically relating to the identification of inmates housed at A-10 Company and B-18 Company at Attica Correctional Facility on various dates.  (Docket ## 157, 158, 159).  Thereafter, on March 2, 2007, plaintiff

moved to compel responses to his discovery requests.  (Docket ## 165, 166).  By letter dated

April 16, 2007, counsel for the defendants has advised that he has provided plaintiff with

reconstructed cell book printouts, which provided the information sought in plaintiff's discovery

requests.  (*See* Docket # 170).  Accordingly, because it appears that plaintiff has already been

provided with the information he seeks, his motions to compel such information **(Docket ## 165,**

**166)** are **DENIED as MOOT**.  To the extent plaintiff seeks leave to serve different discovery

requests upon the newly identified defendants, such motion **(Docket # 151)** is **GRANTED**.


**IT IS SO ORDERED.**


                                                            _s/Marian W. Payson_
                                                            MARIAN W. PAYSON
                                                            United States Magistrate Judge


Dated: Rochester, New York
           August   2  , 2007